MJ22-04447

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E1808890 | E. WYNN | 501 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 12/24/2022 1531 | 36 CFR 2.35 (b)(2) |

Place of Offense: GRAND CANYON VISITOR CENTER LOT 1

Offense Description: Factual Basis for Charge   HAZMAT ☐
POSSESSION OF CONTROLLED SUBSTANCE - FENTANYL / METHAMPHETAMINE

### DEFENDANT INFORMATION
Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| WHITE | ADAM | R |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| CLOVIS | CA | 93612 | |

Drivers License No.: CDL ☐   D.L. State: CA   Social Security No.:

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRN   Eyes: BLU   Height: 6'01"   Weight: 170

**VEHICLE**   VIN: JA3AJ86E24U035896   CMV ☐   PASS ☐   Color: WHT

| Tag No. | State | Year | Make/Model |
|---|---|---|---|
| 8TAT422 | CA | 04 | MITSUBISHI |

**APPEARANCE IS REQUIRED**   **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:   Date:   Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1808890*

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24, 2022, while exercising my duties as a law enforcement officer in the District of Arizona, at approx. 1540 I responded to Grand Canyon Visitor Center Lot #1, to a request for backup from Officers Gillum and Stack. Upon arrival on scene, Officer Stack informed me that he had been dispatched to a report of an intoxicated male hanging out of the window of a Mitsubishi Lancer. Officers Stack and Gillum had located a vehicle matching the description from the report parked in Lot #1.

I observed the white Mitsubishi Lancer (CA 8TAT422) parked with a large amount of refuse on the ground. There were no other vehicles parked next to the refuse. Included in the refuse were what I observed to be broken glass smoking paraphernalia, a discharged spray paint canister, a consumed alcoholic beverage beer can, and cigarette butts.

Officer Stack advised me that the individual he had located seated in the front passenger seat with discarded refuse below the window had been identified by word of mouth as WHITE, Brent out of Texas. WHITE was later correctly identified by photographs, the driver's license in his wallet and live scan fingerprinting as WHITE, Adam R. out of California. I observed WHITE sitting on a bench in front of the vehicle. Officer Stack informed me that upon approaching the vehicle, he had observed hypodermic syringes that appeared to have controlled substances in the passenger compartment of the vehicle.

I observed WHITE to appear under the influence of a controlled substance, WHITE was nodding off, having difficulty keeping his head up, slumping over and rocking from front to back. I observed WHITE speaking with slurred speech, WHITE had what appeared to be spray paint residue in and around his nostrils.

I observed a hypodermic syringe in the passenger compartment of the vehicle within arms reach of WHITE, containing a liquid substance that I recognized from my training and experienced to be a controlled substance for injection. The substance later showed the positive presence of fentanyl during a presumptive test.

WHITE was placed under arrest for 36 CFR 2.35 (b) (2): Possession of controlled substance. During a search incident to arrest, I observed a plastic bag containing a white powdery substance and a small container of blue pills in the pants pocket of WHITE. The white powder was found to be approx. 4.5 grams of suspected fentanyl. The pills were identified a fentanyl "blues". During a probable cause search of the vehicle, (registered owner WHITE) the following were observed and seized:

- Brown leather injection kit containing multiple loaded hypodermic syringes and a plastic container with white powdery substance, suspected fentanyl in a backpack on the passenger floorboard
- Approx. 101 grams of suspected fentanyl, approx. 16.9 grams of suspected methamphetamine located in a size large, men's style black jacket located on the passenger's seat where WHITE had been sitting.
- Black plastic container with white powdery substance, suspected fentanyl, located in the glove box of the vehicle.

A107   NP22383220

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___12/24/2022___   _____  N 501
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__   U.S. Magistrate Judge
              Date (mm/dd/yyyy)
Digitally signed by Camille D. Bibles
Date: 2022.12.25 08:32:25 -07'00'

# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E1808889 | E. WYND | 561 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/24/2022 1531 | 36 CFR 2.14 (a) (1) |

**Place of Offense:** GRAND CANYON VISITOR CENTER LOT 1

**Offense Description; Factual Basis for Charge** ☐ HAZMAT
LITTERING

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone: ( ) - |
|---|---|---|---|
| WHITE | ADAM | R | |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| CLOVIS | CA | 93612 | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | CA | |

| Adult ☒ Juvenile ☐ | Sex ☒ Male ☐ Female | Hair BLN | Eyes BLU | Height 6'01" | Weight 170 |
|---|---|---|---|---|---|

**VEHICLE** VIN: JA3AJ66E240035896   PASS ☐  CMV ☐

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 8TAT422 | CA | 04 | MITSUBISHI | WHT |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1808889*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 24, 2022, while exercising my duties as a law enforcement officer in the District of Arizona, at approx. 1540 I responded to Grand Canyon Visitor Center Lot #1, to a request for backup from Officers Gillum and Stack. Upon arrival on scene, Officer Stack informed me that he had been dispatched to a report of an intoxicated male hanging out of the window of a Mitsubishi Lancer. Officers Stack and Gillum had located a vehicle matching the description from the report parked in Lot #1.

I observed the white Mitsubishi Lancer (CA 8TAT422) parked with a large amount of refuse on the ground and surrounding natural areas around the vehicle. There were no other vehicles parked next to the refuse. Included in the refuse were what I observed to be broken glass smoking paraphernalia, a discharged spray paint canister, a consumed alcoholic beverage beer can, and cigarette butts.

Officer Stack advised me that the individual he had located seated in the front passenger seat with discarded refuse below the window had been identified by word of mouth as WHITE, Brent our of Texas. WHITE was later correctly identified by photographs, the driver's license in his wallet and live scan fingerprinting as WHITE, Adam R. out of California. I observed WHITE sitting on a bench in front of the vehicle. Officer Stack informed me that upon approaching the vehicle, he had observed hypodermic syringes that appeared to have controlled substances in the passenger compartment of the vehicle.

I observed a consumed "steel reserve" alcoholic beverage beer can on the ground in a paper bag outside the window where WHITE had been sitting. I observed multiple full identical beverage cans on the passenger floor board below where WHITE had been sitting. I observed cigarette butts that appeared to have been recently discarded on the ground directly below the window where WHITE had been sitting. I observed a package of cigarettes on WHITE's seat of the vehicle that matched the butts on the ground. I observed a discharged spray paint can on the ground below the window where WHITE had been sitting, I observed spray paint on the face, around the nostrils and on the clothing of WHITE. After investigation, WHITE was placed under arrest for 36 CFR 2.35 (b) (2): Possession of controlled substance. I issued WHITE an additional mandatory appearance violation notice for 2.14 (a)(1): Failure to use receptacles (littering).

A107   NP22383220

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___12/24/2022___  _[signature]_
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
             Date: 2022.12.25 08:33:08 -07'00'
            Date (mm/dd/yyyy)   U.S. Magistrate Judge